AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-6261-MLB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Goldentify LLC**
was recieved by me on  **11/05/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Kaitlyn Willis**, who is designated by law to accept service of process on behalf of **Goldentify LLC** at **15 W 6th St Ste 2800, Tulsa, OK 74119** on **11/05/2025 at 1:24 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:   11/05/2025

*Server's signature*

**Diana Gann**
*Printed name and title*

**1112 S Rosebud
CUSHING, OK 74023**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Kaitlyn Willis who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 18-25 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**



Tracking #: **0193951410**



# State of Oklahoma
## District Court

CREEK County



Whose photograph and signature appear hereon is a licensed Process Server and as such may serve civil process issued by the District Court of CREEK County within the State of Oklahoma. The Licensee is an officer of the Court for the purpose of service of process only. The Licensee's address is 100 S VIRGINIA DRUMRIGHT, OK 74030

Height: 5'8, Eyes: BRN, Weight: 185

Date of Birth: 12-24-86

_____
Presiding Judge

License expires 1-6-2026

_____
Signature — Diana Bauer