IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DATASEERS INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUTTON BANK AND )<br>GOIDENTIFY, LLC )<br>)<br>)<br>Defendants. )<br>_____) | Civil Action File No.:<br><br>1:25-cv-06261-MLB |

**<u>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE</u>**

DataSeers Incorporated ("Plaintiff") responds to the Court's November 17, 2025 Order as follows. On November 17, 2025, the Court issued an order requiring Plaintiff to complete and file an AO Form 121 no later than November 21, 2025 (Dkt. 8).

Just prior to the issuance of this Order, Plaintiff filed an Amended Complaint (Dkt. 7), which does not include any copyright claims. Based on the foregoing, Plaintiff respectfully submits that an AO 121 form is no longer required.

Respectfully submitted this 20th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　/s/ Melanie K. Lane
　　　　　　　　　　　　　　　　　　　　　Zachary C. Eyster
　　　　　　　　　　　　　　　　　　　　　GA Bar No.: 192335

1

Robin Gentry
GA Bar No.: 289899
Kennington R. Groff
GA Bar No.: 782901
Melanie K. Lane
GA Bar No.: 831941

BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta, Georgia 30305
Telephone: (404) 537-3686
zeyster@founderslegal.com
rgentry@founderslegal.com
kgroff@founderslegal.com
mlane@founderslegal.com

*Attorneys for Plaintiff*