AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:25-cv-06261-MLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Goldentify, LLC** was recieved by me on **11/19/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Danay J**, who is designated by law to accept service of process on behalf of **Goldentify, LLC** at **15 W 6th St Ste 2800, Tulsa, OK 74119** on **11/19/2025 at 3:55 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 160.00** for services, for a total of **$ 160.00**.

I declare under penalty of perjury that this information is true.

Date:  11/19/2025

*Server's signature*

**Michael D Fahnestock**
*Printed name and title*

**1507 Southwest Blvd.
16D
Tulsa, OK 74107**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT, to Danay J who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'8"-5'10" tall and weighing 120-140 lbs with glasses.**



Tracking #: **0195985680**



**STATE OF OKLAHOMA DISTRICT COURT TULSA COUNTY**

PSL – 2024-31

Whose photograph and signature appear hereon is a licensed Process Server and as such may serve civil process issued by the District Court of Tulsa County within the State of Oklahoma. The Licensee is an officer of the Court for the purpose of service of process only. The Licensee's address is: 1507 SW Blvd #16d Tulsa, OK 74107

Height: 5'8"; Eyes: HZL; Weight: 230

Date of Birth: 08/20/1961

Presiding Judge

Name: Michael D. Fahnestock
License expires: 10/1/2027
Signature
Form 3106 (Rev. 10-79)