**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DATASEERS INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:25-cv-06261-MLB |
| SUTTON BANK AND ) | |
| GOIDENTIFY, LLC, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR 14-DAY EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

With the consent of Plaintiff and pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Sutton Bank moves the Court for a brief 14-day extension of time in which to answer or otherwise respond to Plaintiff's First Amended Complaint. Sutton Bank shows the Court as follows:

1. Plaintiff served Sutton Bank with the initial complaint on November 5, 2025 and then with the First Amended Complaint on November 20, 2025.

2. Sutton Bank' deadline to answer or otherwise respond to the operative First Amended Complaint is December 4, 2025.

3. Counsel for Sutton Bank met and conferred with Plaintiff's counsel on November 21, 2025. During that conferral, Sutton Bank's counsel informed

Plaintiff's counsel that (i) the February 2021 Agreement referenced in both complaints is not the operative agreement between Plaintiff and Sutton Bank and (ii) the operative agreement contains dispute resolution and arbitration provisions.

4. Counsel for Sutton Bank and for Plaintiff further met and conferred on November 25, 2025, to discuss both (i) Plaintiff's assessment of its potential next steps in light of the foregoing and (ii) a brief extension of time for Sutton Bank to potentially file a motion to compel arbitration and a motion to dismiss.

5. A 14-day extension will provide additional time for Sutton Bank to meaningfully respond to Plaintiff's First Amended Complaint given the intervening Thanksgiving Holiday. The extension also will allow Plaintiff and Sutton Bank to meaningfully assess their next steps given the presence of dispute resolution and arbitration provisions that may negate the need for the ligation to proceed in this Court.

6. This request is made prior to the expiration of the original time to respond, and Sutton Bank has made no prior requests for an extension. Further, the extension will not cause any prejudice to Plaintiff.

7. Plaintiff's counsel has consented to this extension request.

For all the foregoing reasons, Sutton Bank respectfully requests that the Court extend the time in which it may answer or otherwise respond to Plaintiff's

First Amended Complaint, up to and including December 18, 2025.  A proposed order is attached pursuant to the Court's Standing Order Regarding Civil Litigation.

Respectfully submitted this 26th day of November, 2025.

/s/ *Jason M. Beach*
Jason M. Beach
Georgia Bar No. 043606
jbeach@hunton.com

HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308
Phone: (404) 888-4000
Facsimile: (404) 888-4190

***Counsel for Defendant Sutton Bank***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically with the Court. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF filing system.

This 26th day of November, 2025.

/s/ *Jason M. Beach*
Jason M. Beach