IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DATASEERS INCORPORATED, ) ) Plaintiff, ) ) v. ) ) SUTTON BANK AND ) GOIDENTIFY, LLC ) ) ) Defendants. ) _____) | Civil Action File No.: 1:25-cv-06261-MLB |

### **PLAINTIFF'S UNCONTESTED MOTION TO STAY CASE**

Dataseers Incorporated (the "Dataseers"), with consent from Sutton Bank, hereby moves the Court to stay this case as to all of Sutton Bank's current deadlines, pending potential mediation.

Accordingly, Dataseers requests that the Court stay the matter as to Sutton Bank until March 15, 2026. The requested, uncontested stay shall not prejudice any arguments either party may bring following the lifting of the Stay.

Dataseers and Sutton Bank have agreed that they shall exchange informal requests for production, not to exceed ten (10) requests, subject to the parties' right to seek additional documents by mutual agreement, no later than December 19, 2025.

Dataseers and Sutton Bank have agreed that they shall submit a proposed protective order governing confidentiality of document productions and exchange of information no later than January 5, 2026.

Dataseers and Sutton Bank have agreed that they shall (1) produce responsive documents, subject to objections, and (2) propose no more than three (3) mediators by or before January 23, 2026.

This 17th day of December, 2025.

                                                    **Bekiares Eliezer LLP**

                                                    */s/ Melanie K. Lane*
Zachary C. Eyster
GA Bar No.: 192335
Robin Gentry
GA Bar No.: 289899
Kennington R. Groff
GA Bar No.: 782901
Melanie K. Lane
GA Bar No.: 831941

2870 Peachtree Rd. #512
Atlanta, Georgia 30305
Telephone: (404) 537-3686
zeyster@founderslegal.com
rgentry@founderslegal.com
kgroff@founderslegal.com
mlane@founderslegal.com

*Attorneys for Plaintiff*