## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DATASEERS INCORPORATED,  )
)
    Plaintiff,  )
)    Civil Action File No.:
v.  )
)    1:25-cv-06261-MLB
SUTTON BANK AND  )
GOIDENTIFY, LLC  )
)
)
    Defendants.  )
_____ )

## **NOTICE OF FILING REVISED PROPOSED ORDER**

Dataseers Incorporated hereby files this Revised Proposed Order on Dataseers

Incorporated's Uncontested Motion to Stay Case included hereto as **Exhibit A**.

Respectfully submitted this 17th day of December, 2025.

                    **Bekiares Eliezer LLP**

                    */s/ Melanie K. Lane*
                    Zachary C. Eyster
                    GA Bar No.: 192335
                    Robin Gentry
                    GA Bar No.: 289899
                    Kennington R. Groff
                    GA Bar No.: 782901
                    Melanie K. Lane
                    GA Bar No.: 831941

                    2870 Peachtree Rd. #512

Atlanta, Georgia 30305
Telephone: (404) 537-3686
zeyster@founderslegal.com
rgentry@founderslegal.com
kgroff@founderslegal.com
mlane@founderslegal.com

*Attorneys for Plaintiff*