**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DATASEERS INCORPORATED,    )
)
)
      Plaintiff,    )     Case No. 1:25-cv-06261-MLB
)
v.    )
)
SUTTON BANK and    )
)
GOIDENTIFY, LLC.    )
)
)
    Defendants.    )

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Now comes Zachary Eyster, counsel for Plaintiff DataSeers Incorporated, who submits this Notice of Withdrawal of Counsel pursuant to Local Rule 83.1(E)(4) and sets forth as follows:

1.

Zachary Eyster respectfully informs the Court that he has changed law firms from Bekiares Eliezer LLP d/b/a Founders Legal, and is now associated with the firm of Aspire Law.

2.

Co-Counsel Kennington Groff and Robin L. Gentry will remain with Bekiares Eliezer LLP d/b/a Founders Legal.

1

3.

Therefore, Mr. Eyster will no longer represent Plaintiff in this case, and wishes to be withdrawn as co-counsel.

4.

Plaintiff has no objection to Mr. Eyster's withdrawal.

**WHEREFORE**, based on the representations above, Zachary Eyster prays that the Court enter an order discharging him as counsel for Plaintiff DataSeers Incorporated.

Dated: March 25, 2026.          Respectfully submitted,

_/s/ Zachary C. Eyster_
**ZACHARY C. EYSTER**
GA Bar No. 192335
zach@aspire.law

1100 Peachtree Street NE
Ste. 200
Atlanta, GA 30309
(404) 965-3045

2

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of March, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system.

Kennington Groff
Bekiares Eliezer LLP
2870 Peachtree Rd #512
Atlanta, GA 30305

Samuel Fritz
Meunier Carlin & Curfman, LLC
Suite 1300
999 Peachtree Street NE
Atlanta, GA 30309

Melanie Kay Lane
Bekiares Eliezer LLP
2870 Peachtree Rd #512
Atlanta, GA 30305

John Weldon Harbin
Meunier Carlin & Curfman, LLC
Suite 1300
999 Peachtree Street NE
Atlanta, GA 30309

Robin L. Gentry
Bekiares Eliezer, LLP
2870 Peachtree Rd # 512
Atlanta, GA 30305

Warren James Thomas
Meunier Carlin & Curfman, LLC
Suite 1300
999 Peachtree Street NE
Atlanta, GA 30309

Jason M. Beach
Hunton Andrews Kurth LLP
Bank of America Plaza
Suite 4100
Atlanta, GA 30308

/s/ Zachary C. Eyster
Zachary C. Eyster

3